cc: MJ Smyser; AUSA Carl...; AFPD Thornton; Prob; USMP; Dft
BOP; Jerusso;
Mtg + Scr Financial orig to security

AO (8/96) Judgment in a Criminal Case – Revocations

# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

UNITED STATES OF AMERICA
v.
MICHAEL FARNWALT

FILED
SCRANTON
APR 04 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1:00-CR-00068-001

Thomas Thornton, AFPD
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) committed another crime after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| General Conditions | While on supervised release, you shall not commit another federal, state, or local crime. (Charged with driving under the influence by Harrisburg Police.) | 05/30/2001 |

FILED
HARRISBURG, PA
NOV 8 2001
MARY E. D'ANDREA, CLERK
_____ Deputy Clerk

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec.: 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
Defendant's Date of: 05/25/1952
Defendant's USM No.: 07917-067
Defendant's Residence Address:
Inmate 07917-067
Camp Hill State Correctional Institution
P.O. Box 200
Camp Hill, PA 17001-0200
Defendant's Mailing Address:
Inmate 07917-067
Camp Hill State Correctional Institution
P.O. Box 200
Camp Hill, PA 17001-0200

November 6, 2001
Date of Imposition of Judgment

/s/ signature
Signature of Judicial Officer

J. Andrew Smyser, United States Magistrate Judge
Name and Title of Judicial Officer

11-6-01
Date

Certified from the record
Date 11/8/01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

AO 245D   (8/96) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | Farnwalt, Michael |
| CASE NUMBER: | 1:00-CR-00068-001 |

Judgment — Page  2  of  3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  twelve (12) months  . Said term of imprisonment shall run consecutively to the sentence imposed on September 20, 2001 in Dauphin County Court under Docket No. 2406-CD-2001 and the revocation sentence imposed on October 17, 2001 in Dauphin County Court under Docket No. 3653-CD-1999.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  2-22-05  to  FPC  Sch  at  Minersville, PA , with a certified copy of this judgment.

Ronnie R. Holtzwood
UNITED STATES MARSHAL

By _____, CLE

AO 245D  (6/99) Judgment in a Criminal Case for Revocations
Sheet 2— Reverse — Imprisonment

Judgment—Page __3__ of __3__

DEFENDANT: Farnwalt, Michael
CASE NUMBER: 1:00-CR-0068-001

## ADDITIONAL IMPRISONMENT TERMS

It is further ordered that the defendant pay any balance of the restitution previously ordered in the original judgment. The restitution is payable during the period of incarceration with any balance to be paid following release from imprisonment through the Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108. Further, it is ordered that the defendant shall notify the U.S. Attorney within 30 days of any change in name, residence, or mailing address until the restitution is fully paid.